No. 126. FIXLER BROS., INC. *v.* AUTOMOBILE INSURANCE Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit

denied. *Mr. Joseph McCormack* for petitioner. *Mr. Thomas V. Koykka* for respondent.